**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 26-23-M-DLC** |
| **Plaintiff,** | |
| **vs.** | **ORDER** |
| **KIM MARTIN BOWMAN,** | |
| **Defendant.** | |

The United States has filed a motion requesting a summons directing Defendant Kim Martin Bowman to appear before the Court for an initial appearance and arraignment on the Indictment in this matter. Accordingly,

IT IS ORDERED that the arrest warrant issued on April 22, 2026 (Doc. 4) is QUASHED.

IT IS FURTHER ORDERED that Defendant's initial appearance and arraignment on the Indictment are scheduled for July 28, 2026, at 9:30 a.m., at the Russell Smith Courthouse, 201 E. Broadway, in Missoula.

The Clerk of Court shall issue a summons directing Defendant to appear at the designated date and time.

DATED this 16th day of July, 2026.

Kathleen L. DeSoto
United States Magistrate Judge