IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KIM MARTIN BOWMAN,<br><br>Defendant. | CR 26–23–M–DLC<br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Indictment Without Prejudice. (Doc. 19.) Pursuant to Fed. R. Crim. P. 48(a), the United States has moved to dismiss the Indictment (Doc. 1) against Defendant Kim Martin Bowman because of his health status. (Doc. 19.)

Accordingly, IT IS ORDERED that the motion (Doc. 19) is GRANTED. The Indictment (Doc. 1) is dismissed without prejudice.

IT IS FURTHER ORDERED that Defendant's initial appearance set for December 2, 2026 (Doc. 19), and all other deadlines, are vacated.

DATED this 26th day of October, 2026.

Dana L. Christensen, District Judge
United States District Court